USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/10/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**BUILDING SERVICE 32BJ PENSION FUND,**

**Plaintiff,**

-against-

**WHITEHOUSE ESTATES, INC.,**

**Defendant.**

**22-cv-05412 (ALC)**

**Order**

**ANDREW L. CARTER, United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.**

**SO ORDERED.**

Dated: **January 10, 2023**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**