UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**BUILDING SERVICE 32BJ PENSION FUND,**

        Plaintiff,

-against-

**WHITEHOUSE ESTATES, INC.,**

        Defendant.

**22-cv-05412 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Plaintiff's letter motion to reopen. ECF No. 24. The parties are hereby **ORDERED** to file a joint status report advising the Court of the status of this matter on or by **October 6, 2023**.

**SO ORDERED.**

Dated:   October 2, 2023
           New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/2/23